1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10 | ROSEANN CASTILLO, ) Case No.: 5:22-cv-00326-SP

11 |   Plaintiff, ) ORDER AWARDING EQUAL
) ACCESS TO JUSTICE ACT
12 |   vs. ) ATTORNEY FEES AND EXPENSES
) PURSUANT TO 28 U.S.C. § 2412(d)
13 | KILOLO KIJAKAZI, ) AND COSTS PURSUANT TO 28
Acting Commissioner of Social ) U.S.C. § 1920
14 | Security, )

15 |   Defendant )

16

17   Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19   IT IS ORDERED that fees and expenses in the amount of $3,490.00 as

20 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21 awarded subject to the terms of the Stipulation.

22 DATE: August 11, 2022

23               _____

24           THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3          /s/   *Lawrence D. Rohlfing*
    BY: _____
4          Lawrence D. Rohlfing
           Attorney for plaintiff Roseann Castillo
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26